# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE FERNANDEZ KAMBICK, *individually and on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL LLC,<br><br>Defendant. | Case No. 1:25-cv-01645-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

The initial scheduling conference in this matter is set for March 5, 2026. (ECF No. 4.) On February 17, 2026, Plaintiff filed service documents indicating that Defendant has through March 4, 2026, to answer or otherwise respond to the complaint. (ECF No. 5.)

In light of the foregoing, the Court CONTINUES the initial scheduling conference to April 23, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated: __**February 23, 2026**__    _____

STANLEY A. BOONE
United States Magistrate Judge