# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

HOPE FERNANDEZ KAMBICK,
*individually and on behalf of all those
similarly situated*,

Plaintiff,

v.

PAPA MURPHY'S INTERNATIONAL LLC,

Defendant.

Case No. 1:25-cv-01645-KES-SAB

ORDER REQUIRING PLAINTIFF TO FILE
STATUS REPORT REGARDING
READINESS FOR SCHEDULING
CONFERENCE

**DEADLINE: MARCH 13, 2026**

On November 25, 2025, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for April 23, 2026. (ECF No. 6.) As relevant here, on February 17, 2026, Plaintiff filed service documents indicating that Defendant has through March 4, 2026, to answer or otherwise respond to the complaint. (ECF No. 5.) To date, Defendant has not appeared or responded to the complaint. Generally, the Court will not hold an initial scheduling conference with a defendant who has not appeared and answered.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that **on or before March 13, 2026**, Plaintiff shall file a status report indicating whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for Defendant to appear and answer in this action; and/or whether Plaintiff intends to move for an entry of default.

IT IS SO ORDERED.

Dated:   **March 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2