# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE FERNANDEZ KAMBICK, *individually and on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL LLC,<br><br>Defendant. | Case No. 1:25-cv-01645-KES-SAB<br><br>ORDER DIRECTING PARTIES TO FILE STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF No. 8) |

On March 16, 2026, Plaintiff filed a status report informing the Court that the parties previously agreed to a twenty-one (21) day extension for Defendant to file a responsive pleading. (ECF No. 8.)  Plaintiff requests that the extension be granted and that Defendant file within the agreed upon timeframe of March 24, 2026.  (Id.)  Although Defendant has not yet appeared, the Court finds it appropriate for the parties to memorialize their agreement through a joint stipulation.

Accordingly, IT IS HEREBY ORDERED that **on or before March 20, 2026**, the parties shall file a joint stipulation extending Defendant's time to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **March 17, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge