# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE FERNANDEZ KAMBICK,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL LLC,<br><br>Defendant. | Case No. 1:25-cv-01645-KES-SAB<br><br>ORDER DISCHARGING MARCH 23, 2026 ORDER TO SHOW CAUSE AND GRANTING STIPULATION TO EXTEND TIME IN WHICH DEFENDANT MAY ANSWER<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF Nos. 10, 11) |

Following an order directing Plaintiff to file a status report regarding readiness for the April 23, 2026 initial scheduling conference, Plaintiff noted that she had privately agreed with Defendant to allow Defendant additional time in which to appear and answer. (ECF No. 8.)  On that basis, Plaintiff requested that the Court grant more time to allow Defendant to appear and answer. (Id.)  The Court declined this invitation and directed Plaintiff to file a stipulation, giving the parties through March 20, 2026, to comply. (ECF No. 9.)  That date came and went, and Plaintiff failed to file a stipulation or other response to the Court's order.  Thus, on March 23, 2026, the Court issued an order to show cause, directing Plaintiff to show cause in writing why the Court should not impose sanctions for Plaintiff's failure to comply with a court order. (ECF No. 10.)  Thereafter, Plaintiff timely filed a stipulation and a response to the Court's order to show cause. (ECF Nos. 11, 12.)  Upon review of the stipulation and response, the Court is satisfied and will discharge the order to show cause.  Furthermore, the Court approves the

stipulation and will grant Defendant additional time to answer or otherwise respond to the complaint.

Accordingly, the Court HEREBY DISCHARGES the March 23, 2026 order to show cause. (ECF No. 10.)

The Court approves the stipulation (ECF No. 11) and ORDERS that Defendant shall have through April 13, 2026, to answer or otherwise respond to the complaint. A failure to comply with this order will result in sanctions as the Court is not a calendar reminder.

In light of the foregoing, the Court CONTINUES the initial scheduling conference to May 28, 2026, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  __**March 27, 2026**__

STANLEY A. BOONE
United States Magistrate Judge

2