# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE FERNANDEZ KAMBICK,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL LLC,<br><br>Defendant. | Case No. 1:25-cv-01645-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 14)<br><br>**MAY 12, 2026 DEADLINE** |

On April 13, 2026, Plaintiff filed a notice of settlement informing the Court that the parties have reached a settlement and that dispositional documents will be filed soon. (ECF No. 14.) Accordingly, pursuant to the notice, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Plaintiff shall file, or ensure the filing of, dispositional documents **no later than May 12, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **April 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge