# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE FERNANDEZ KAMBICK,<br><br>    Plaintiff,<br><br>    v.<br><br>PAPA MURPHY'S INTERNATIONAL LLC,<br><br>    Defendant. | Case No. 1:25-cv-01645-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE<br><br>**DEADLINE: MAY 18, 2026** |

On April 13, 2026, Plaintiff filed a notice of settlement informing the Court that a settlement had been reached. (ECF No. 14.) The Court thereafter issued an order setting the deadline to file dispositional documents no later than May 12, 2026. (ECF No. 15.) The deadline has passed and Plaintiff has failed to file dispositional documents or otherwise request for an extension supported by good cause.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiff to show cause why sanctions should not issue for the failure to file dispositional documents in compliance with the Court's order.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing **no later than May 18, 2026**, why sanctions should not issue for the failure to file dispositional documents by the deadline required by the April 14, 2026 order (ECF No. 15). **Plaintiff is advised that filing dispositional documents without also filing documents showing cause in writing why sanctions should not issue does not constitute compliance with this order**; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:  **May 14, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2