# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE FERNANDEZ KAMBICK, *individually and on behalf of all those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>PAPA MURPHY'S INTERNATIONAL LLC,<br><br>Defendant. | Case No. 1:25-cv-01645-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF Nos. 16, 17, 18) |

On April 13, 2026, Plaintiff filed a notice of settlement informing the Court that a settlement had been reached. (ECF No. 14.) The Court thereafter issued an order setting the deadline to file dispositional documents no later than May 12, 2026. (ECF No. 15.) That deadline has passed, and Plaintiff failed to file dispositional documents or otherwise request for an extension supported by good cause. Thus, on May 14, 2026, the Court issued an order to show cause, ordering Plaintiff to show cause as to why sanctions should not be imposed for failure to comply with a court order. (ECF No. 16.) On May 15, 2026, Plaintiff filed a response, noting that counsel's law firm had been in the process of transitioning its case management system, which created some gaps in the firm's task management workflow. (ECF No. 17.) Later that same day, Plaintiff filed a notice of voluntary dismissal.

Having reviewed the response to the order to show cause, the Court hereby DISCHARGES the May 14, 2026 order to show cause. (ECF No. 16.)

As to the notice of voluntary dismissal, the Court notes that "under Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999), quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, no defendant has filed an answer, other responsive pleading, or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **May 18, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2